United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 13, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 15 |
| Ambipar Emergency Response, *et al.*[1] | Case No. 26-90709 |
| Debtors in a Foreign Proceeding | (Joint Administration Requested)<br>**Re:  Docket No. [4]** |

**ORDER PURSUANT TO FED. R.
BANKR. P. 2002 AND 9007 SCHEDULING RECOGNITION
HEARING AND SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE**

Upon the motion (the "Motion")[2] of Thiago da Costa Silva (the "Foreign Representative"), in his capacity as the authorized foreign representative of the above-captioned debtors (collectively, the "Debtors"), which are the subject of jointly-administered judicial reorganization (*recuperação judicial*) proceedings (the "RJ Proceeding") pursuant to Brazilian Federal Law No. 11.101 of February 9, 2005, filed before the Third Business Court of Rio de Janeiro (the "Brazilian Court"), pursuant to Bankruptcy Rules 2002 and 9007 for entry of an order (a) setting the time and date for the Recognition Hearing, (b) setting the Objection Deadline, (c) approving the Hearing Notice in the form attached hereto as Exhibit 1, (d) approving the manner of service of the Hearing Notice described herein, (e) approving the manner of service of any further pleadings that the Foreign Representative files in these Chapter 15 Cases, and (f) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28

---

[1]  The debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's tax identification or corporate registry number, are: Ambipar Emergency Response (0263), Ambipar Lux S.à.r.l. (9448), Ambipar Participações e Empreendimentos S.A. (01-24), Environmental ESG Participações S.A. (01-23), and Emergência Participações S.A. (01-49).  The location of the Debtors' corporate headquarters is Avenida Pacaembu, 1088, São Paulo, São Paulo, Brazil, 01234-0000.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

4912-8676-6263

U.S.C. § 1334 and 11 U.S.C. §§ 109 and 1501; and this Court having found that this is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1410; and this Court having found that the Foreign Representative's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before this Court; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and it appearing that the relief requested in the Motion is necessary and beneficial to the Debtors; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted to the extent set forth herein.

2.      The Recognition Hearing shall be held before this Court on **August 7, 2026, at 9:00 a.m.** (**prevailing Central Time)**, concurrently with the hearing on the Motion to Suspend in the Chapter 11 Case, by telephone and video conference only.

3.      Any objection to the Recognition Motion must be made in accordance with the Bankruptcy Code, the Local Rules, and the Bankruptcy Rules, in a writing that sets forth the basis for such objection with specificity and the nature and extent of the respondent's claims against the Debtors.  Any such objection must be filed with the United States Bankruptcy Court for the Southern District of Texas, Office of the Clerk of the Court, 515 Rusk Street, Houston, Texas 77002 and served upon counsel for the Foreign Representative so as to be actually received

2

4912-8676-6263

by them no later than **July 31, 2026, at 11:59 p.m. (prevailing  Central Time)**.  Notices to counsel for the Foreign Representative should be addressed to (a) Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Attn: David R. Zylberberg, Nicholas E. Baker, Moshe A. Fink, Rachael L. Foust, and Zachary J. Weiner) and (b) Gray Reed, 1300 Post Oak Blvd., Suite 2000, Houston, Texas 77056 (Attn:  Jason S. Brookner and Lydia R. Webb).

4.       If no response or objection is timely filed and served as provided above, this Court may grant the relief requested by the Foreign Representative without further notice or hearing.

5.       The Recognition Hearing may be adjourned from time to time without further notice other than a notice of adjournment on the docket in these Chapter 15 Cases or an announcement in open court of the adjourned date or dates of any further adjourned hearing.

6.       The form of Hearing Notice, substantially in the form attached hereto as <u>Exhibit 1</u>, is hereby approved.   The Foreign Representative may fill in any missing dates and other information as ordered by this Court, correct any typographical errors, conform the provisions thereof to the provisions of this Order, and make such other and further non-material, non-substantive changes to the form of Hearing Notice as the Foreign Representative deems necessary or appropriate.

7.       Copies of the Notice Documents, including all exhibits thereto, shall be served by electronic mail to the extent email addresses are available and otherwise by United States mail, overnight or first-class postage prepaid, upon the Notice Parties listed in <u>Exhibit 2</u> attached hereto within three (3) business days following entry of this Order (provided that such exhibits may be served on a widely accessible digital media storage format at the election of the Foreign Representative).

4912-8676-6263

8. The Information Agent shall (a) serve the Hearing Notice upon the Green Noteholders through the banks and brokerage firms holding Notes through DTC or such firm's nominee representative, with sufficient copies and instructions to forward such documents to the Green Noteholders, and (b) cause the Notice Documents to be published on the Case Website.

9. The Information Agent shall serve any further pleadings filed by the Foreign Representative in these Chapter 15 Cases on the Notice Parties.

10. If any party files a notice of appearance in the Chapter 15 Cases, the Foreign Representative shall serve a copy of the Notice Documents on such party or its counsel within three (3) business days following the filing of such notice of appearance if such documents have not already been served on such party (or its counsel).

11. The notice requirements in section 1514(c) of the Bankruptcy Code are inapplicable in the context of these Chapter 15 Cases and are hereby waived.

12. The Foreign Representative is authorized to redact the names and addresses of individuals listed on any document filed with the Bankruptcy Court. The Foreign Representative shall provide unredacted versions of any filings to the Court, the Office of the United States Trustee, and, upon reasonable request to the Foreign Representative or to the Court, any party in interest, subject to the restrictions of applicable privacy laws and provided that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request. The Foreign Representative shall inform the Office of the United States Trustee for the Southern District of Texas promptly after denying any request for an unredacted document pursuant to this Order.

13. Service pursuant to this Order shall constitute good and sufficient service and adequate notice of the Recognition Hearing under Bankruptcy Rule 2002(q).

4912-8676-6263

14. The Foreign Representative is authorized to take all action necessary to carry out this Order.

15. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

16. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Signed: July 13, 2026

Alfredo R Pérez
United States Bankruptcy Judge

5

4912-8676-6263